# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2500
_____

| | | |
|---|---|---|
| Darlene A. Thompson, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Missouri. |
| | * | |
| United States District Court for the | * | [UNPUBLISHED] |
| Eastern District of Missouri, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: September 4, 2003
Filed: September 5, 2003

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Darlene A. Thompson appeals the district court's[*] pre-service dismissal of Thompson's complaint under 28 U.S.C. § 1915(e)(2)(B). Having reviewed the pleadings, which contain no factual allegations or decipherable claims, we affirm. See 8th Cir. R. 47A(a).

_____

[*]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.

A true copy.

Attest:

          CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.